196 So.2d 275

**Lurry D. LACOUR**

v.

**FORD INVESTMENT CORP.**

No. 48154.

Feb. 3, 1967.

## JOINT MOTION TO DISMISS

On joint motion of counsel and on suggesting to the Court that this matter has been amicably settled and compromised.

It is hereby ordered, adjudged and decreed that the application on writ of review to the Court of Appeals, Fourth Circuit, 183 So.2d 463, filed herein by intervenors, James Arnoult, George D. Elstrott and Morris Vaccarella, be and it is hereby dismissed.

196 So.2d 275

**In re Dan A. SPENCER.**

No. 48626.

March 27, 1967.

In re: Dan A. Spencer applying for writs of certiorari.

Writs refused. The application does not disclose that the trial judge abused his discretion.

196 So.2d 275

**STATE of Louisiana**

v.

**Emile METZLER.**

No. 48627.

March 27, 1967.

In re: Emile Metzler applying for writs of certiorari, prohibition and mandamus.

Writs refused. No error of law.

196 So.2d 275

**Elias J. TROSCLAIR and Bennie S. Bourg**

v.

**HOUMA MUNICIPAL FIRE AND POLICE CIVIL SERVICE BOARD and The City of Houma.**

No. 48629.

March 27, 1967.

In re: Houma Municipal Fire and Police Civil Service Board and The City of Houma applying for writ of certiorari or review.

The application is denied. No motion for appeal has been filed. This Court will not render advisory opinions.